FILED

2012 JUN -1. AM 11: 54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2012 Grand Jury

12CR2215 IEG

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. _____ |
| ) | |
| Plaintiff, ) | **I N D I C T M E N T** |
| ) | |
| v. ) | Title 21, U.S.C., Secs. 952, 960 |
| ) | and 963 - Conspiracy to Import |
| MIGUEL ANGEL DURAN, ) | Marijuana; Title 21, U.S.C., |
| ) | Secs. 952 and 960 - Importation of |
| Defendant. ) | Marijuana |
| ) | |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including April 19, 2012, within the Southern District of California, and elsewhere, defendant MIGUEL ANGEL DURAN did knowingly and intentionally conspire together and with other persons known and unknown to the grand jury to import approximately 25.03 kilograms (55.07 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and 963.

//

//

RGM:vp(lml):Imperial
6/1/12

## Count 2

On or about April 19, 2012, within the Southern District of California, defendant MIGUEL ANGEL DURAN did knowingly and intentionally import approximately 25.03 kilograms (55.07 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 1, 2012.

A TRUE BILL:

Foreperson

LAURA E. DUFFY
United States Attorney

By: ROBERT G. MARASCO
Assistant U.S. Attorney

2